1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                           EASTERN DIVISION

10

11  GINA MARIE VINATIERI,           )   CASE NO.: **EDCV 12-1871 SP**
                                    )
12            Plaintiff,            )   ORDER AWARDING
                                    )   EAJA FEES
13       v.                         )
                                    )
14  CAROLYN W. COLVIN, Acting       )
    Commissioner of Social Security )
15  Administration,                 )
                                    )
16            Defendant.            )
                                    )
17  _____  )

18       Based upon the parties' Stipulation for Award and Payment of Equal Access
19  to Justice Act (EAJA) Fees ("Stipulation"),
20       **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the
21  Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND
22  FOUR HUNDRED SIXTY DOLLARS and no/cents ($2,460.00), as authorized by
23  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.
24  DATED: January 21, 2014           _____/s/_____
25                                    UNITED STATES MAGISTRATE JUDGE

26

27

28

1